United States District Court
Northern District of California

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>OSCAR RIVAS,<br><br>　　　　　Defendant. | Case No.: CR 13-0018 JSW-1 (KAW)<br><br>DETENTION ORDER |

## I.  DETENTION ORDER

Defendant Oscar Rivas is charged in a criminal complaint with a violation of 8 U.S.C. § 1326(a) and (b)(2) (deported alien found in the United States).  At the January 16, 2013 hearing before this Court, Defendant, who was in custody and represented by Assistant Federal Public Defender Jerome Matthews, waived the timing of his right to proffer information at a detention hearing, *see* 18 U.S.C. § 3142(f), and also waived findings, while retaining his right to seek release at a later hearing should his circumstances change.  Assistant United States Attorney Kevin James Lin appeared on behalf of the United States.  The Court notes that Defendant is subject to an immigration detainer issued by U.S. Immigration and Customs Enforcement ("ICE").

## II.  CONCLUSION

The Court hereby detains Defendant, but because he has waived his right to present information under 18 U.S.C. § 3142(f) without prejudice to raising relevant information at a later hearing, the Court orders that the hearing may be reopened at Defendant's request at any future time.

1  Defendant shall remain committed to the custody of the Attorney General for confinement
2  in a corrections facility separate, to the extent practicable, from persons awaiting or serving
3  sentences or being held in custody pending appeal.  Defendant shall be afforded reasonable
4  opportunity for private consultation with counsel.  On order of a court of the United States or on
5  request of an attorney for the Government, the person in charge of the corrections facility in
6  which Defendant is confined shall deliver Defendant to a United States marshal for the purpose of
7  an appearance in connection with a court proceeding.
8  IT IS SO ORDERED.

Dated: January 17, 2013

_____
KANDIS A. WESTMORE
United States Magistrate Judge

United States District Court
Northern District of California